# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| David P. Coury, | : | Case No. 4:06CV1914 |
| | : | |
| Petitioner | : | Judge Donald C. Nugent |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Alberto Gonzales, et al., | : | **REPORT AND RECOMMENDED** |
| | : | **DECISION** |
| Respondents | : | |

Pursuant to this Court's Memorandum Opinion and Order entered January 19, 2007, it is recommended that the petition in this action be dismissed as moot.

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:  February 6, 2007

## OBJECTIONS

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).