IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID P. COURY, | ) | CASE NO. 4:06 CV 1914 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| ALBERTO GONZALEZ, et al., | ) | Magistrate Judge David S. Perelman |
| | ) | |
| Defendant. | ) | **ORDER** |

Pursuant to this Court's Memorandum Opinion of this date, the Report and Recommendation of Magistrate Judge David S. Perelman (Document # 15) is hereby ADOPTED. The Petition filed in this action is DISMISSED as moot.

IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: *February 22, 2007*